FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 4 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DEBRA EARLY-KING,

        Plaintiff,

        against

UNITED STATES OF AMERICA,

        Defendants.
----------------------------------------------------------------X

STIPULATION AND ORDER
TO TRANSFER VENUE

Civil Action No.
17-CV-5853

(Ross, J.)
(Gold, M.J.)

WHEREAS, Plaintiff commenced this action on or about October 5, 2017 under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.*, by filing a complaint ("Complaint") in the United States District Court for the Eastern District of New York alleging, *inter alia*, that medical malpractice was committed by federally deemed medical providers resulting in plaintiff's injuries; and

WHEREAS the Complaint alleges that plaintiff resides in New York County, New York; and

WHEREAS, the Complaint further alleges that the medical malpractice occurred in a federally-funded clinic located in New York County, New York; and

WHEREAS, pursuant to 28 U.S.C. § 1402(b), any civil tort claim brought against the United States of America under §1346(b) may only be brought either in the district where the plaintiff resides or where the act or omission complained of occurred; and

WHEREAS, plaintiff resides in, and the alleged act or omission occurred in, the Southern District of New York; and

WHEREAS, the parties now wish for venue to be transferred to the Southern District of New York pursuant to 28 U.S.C. § 1404(b).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and the United States of America, by and through their respective undersigned counsel, and it is ordered by the Court that:

1. The foregoing recitals are hereby incorporated by reference and adopted by the parties as if fully set forth herein;

2. Venue shall be transferred to the Southern District of New York.

New York, New York
January _____, 2018

Daniel Brett Linton
Michael A. Fruhling
GERSOWITZ, LIBO & KOBEK, P.C.
111 Broadway, 12th Floor
New York, NY 10006

By: _____
MICHAEL A. FRUHLING
Attorney for Plaintiff
212-385-4410

\*\*\*\*\*\*\* INTENTIONALLY     LEFT     BLANK \*\*\*\*\*\*\*\*

Brooklyn, New York
December 30, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
*Attorney for Defendant*
*United States of America*
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
SUSAN L. RILEY
Assistant United States Attorney
718 254-6037

SO ORDERED this
3rd day of January 2018

/s/(ARR)
_____
THE HONORABLE ALLYNE R. ROSS
United States District Judge